UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| DANIEL T. GRANT LOVE ) | |
| Plaintiff, ) | |
| v. ) | **JUDGMENT** |
| ) | No. 7:21-CV-164-FL |
| SOUTHEASTERN HOSPITAL ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 8, 2022, that this case is dismissed for failure to prosecute.

**This Judgment Filed and Entered on August 8, 2022, and Copies To:**
Daniel T. Grant Love (via US mail) Pinellas County Jail, 14400 49th Street North, Clearwater, FL 33762

August 8, 2022                    PETER A. MOORE, JR. CLERK

                                   /s/ Sandra K. Collins
                                  (By) Sandra K. Collins, Deputy Clerk